IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JUDITH MARCIA WILLIAMS,**

    *Plaintiff*,

v.                                     Case No.: 4:23cv10-MW/MJF

**DADE COUNTY,**
**et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 17, and has also reviewed *de novo* Plaintiff's objections, ECF No. 18. Plaintiff offers no basis to depart from the Magistrate Judge's Report and Recommendation, noting instead that she disapproves of this case being dismissed and that the Defendants should be punished.

   Accordingly,

   **IT IS ORDERED**:

The report and recommendation, ECF No. 17, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for failure to plead facts

indicating this Court has subject-matter jurisdiction." The Clerk shall close the file.

**SO ORDERED on March 27, 2023.**

<u>s/Mark E. Walker            </u>
**Chief United States District Judge**
